UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:19-10183-CIV-KING/REINHART

AMADO CARDENAS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the February 25, 2021 Report and Recommendation ("R&R") (DE 9) of Magistrate Judge Bruce E. Reinhart. Plaintiff's objections were due by March 11, 2021; none were filed.

The R&R recommends denying Plaintiff's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255 because his *Rehaif* claim is not retroactively cognizable on collateral review and is procedurally defaulted from review. *See* R&R; *Rehaif v. United States,* 139 S.Ct. 2191 (2019); *Bousley v. United States*, 523 U.S. 614, 622 (1998); *United States v. Frady*, 456 U.S. 152, 167–68 (1982).

Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reinhart's well-reasoned R&R accurately states the law of the case. Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Bruce E. Reinhart's Report and Recommendation **(DE 9)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Plaintiff's Motion to Vacate **(DE 1)** is hereby **DENIED**;

3. No Certificate of Appealability shall issue; and

4. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 19th day of March, 2021.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   Magistrate Judge Bruce E. Reinhart
All counsel of record
Clerk of Court

Amado Cardenas, *pro se*
Reg. No. 03288-104
F.C.I. -Coleman (Med.)
Inmate Mail/Parcels
P.O. Box 1032
Coleman, FL  33521